AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

─── OFFENSE CHARGED ───
See attached sheet.

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
See attached sheet.

─── DEFENDANT - U.S. ───
▶ VALERIE MARIE PICARELLA

DISTRICT COURT NUMBER
CR 07 0676

FILED
'07 OCT 25 PM 1:52
RICHARD W. WIEKING
CLERK, US DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

─── DEFENDANT ───

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

─── PROCEEDING ───
Name of Complaintant Agency, or Person (&Title, if any)
Special Agent Dolores R. Caponera, DOL OIG

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
SCOTT N. SCHOOLS
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  MATTHEW A. LAMBERTI

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

**INDICTMENT**
*UNITED STATES v. VALERIE MARIE PICARELLA*
**ATTACHMENT TO PENALTY SHEET**



DEFENDANT:

VALERIE MARIE PICARELLA

**CR 07 0676**

OFFENSE CHARGED:

18 U.S.C. § 1920–False Statements or Fraud to Obtain Federal Employees' Compensation
(Counts One through Two)

PJH

PENALTY:

5 years imprisonment
$250,000 fine or twice the gross gain or loss, whichever is greater
3 years supervised release
$100 mandatory special assessment

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **SAN FRANCISCO**

---

UNITED STATES OF AMERICA,

v.

VALERIE MARIE PICARELLI



CR 07 0676 PJH

DEFENDANT.

---

## INDICTMENT

COUNTS ONE AND TWO: Title 18, U.S.C. § 1920 -
False Statements or Fraud to Obtain
Federal Employees' Compensation

---

_Indict_

A true bill.

_____
Foreman

Filed in open court this 25th day of Oct 2007

BETTY FONG
_____
Clerk

EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

Bail, $ _____
No Bail Warrant

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED
07 OCT 25 PM 1:53
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 07 0676   PJH

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. |
| Plaintiff, | VIOLATIONS: 18 U.S.C. § 1920–False Statements or Fraud to Obtain Federal Employees' Compensation |
| v. | |
| VALERIE MARIE PICARELLA, | |
| Defendant. | |
| | SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:   (18 U.S.C. § 1920–False Statements or Fraud to Obtain Federal Employees' Compensation

On or about June 5, 2005, in the Northern District of California and elsewhere, the defendant

VALERIE MARIE PICARELLA

did knowingly and willfully falsify, conceal, and cover up a material fact and make a false, fictitious, and fraudulent statement and entry, in connection with the application for and receipt of compensation and other benefit and payment under subchapters I and III of chapter 81 of Title 5 of the United States Code, the total benefits of which exceeded $1,000, all in violation of

INDICTMENT

Title 18, United States Code, Section 1920.

COUNT TWO:   (18 U.S.C. § 1920–False Statements or Fraud to Obtain Federal Employees' Compensation

On or about June 22, 2005, in the Northern District of California and elsewhere, the defendant

VALERIE MARIE PICARELLA

did knowingly and willfully falsify, conceal, and cover up a material fact and make a false, fictitious, and fraudulent statement and entry, in connection with the application for and receipt of compensation and other benefit and payment under subchapters I and III of chapter 81 of Title 5 of the United States Code, the total benefits of which exceeded $1,000, all in violation of Title 18, United States Code, Section 1920.

DATED: 10-25-07

A TRUE BILL.

/s/ FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

/s/
BRIAN J. STRETCH
Chief, Criminal Division

(Approved as to form: /s/ )
AUSA LAMBERTI

INDICTMENT                              2