UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. |
| --- | --- | --- |
| Plaintiff, | ) | CR 07 0676 |
| v. | ) | [Proposed] ORDER GRANTING MOTION TO SEAL |
| VALERIE MARIE PICARELLA, | ) | |
| Defendant. | ) | |

Upon motion of the United States, and good cause appearing,

IT IS HEREBY ORDERED that the indictment and all accompanying documents in the above-captioned matter, along with this sealing order, shall be sealed until the defendant's initial appearance or further order of the Court.

DATED: 10/25/07

_____
EDWARD M. CHEN
United States Magistrate Judge