1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | No. CR-07-0676 PJH (BZ) |
| 12           Plaintiff, | )<br>)<br>) | [PROPOSED] ORDER<br>EXONERATING BOND |
| 13 v. | ) | |
| 14 VALERIE MARIE PICARELLA, | )<br>) | |
| 15           Defendant. | )<br>) | |

17    Upon oral motion of the defendant, and for good cause shown, the Court hereby
18 exonerates the bond currently in effect in the Central District of California for the defendant in
19 the above-captioned case.
20 Dated: November 27, 2007

                                    THE HONORABLE BERNARD ZIMMERMAN
                                    UNITED STATES MAGISTRATE JUDGE

[Proposed] Order Exonerating Bond
Case No. CR 07-0676 PJH (BZ)