SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: (415) 436-6809
   Facsimile: (415) 436-7234
   E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 07-0676 PJH |
|    Plaintiff, ) | |
|    v. ) | **PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM NOVEMBER 27, 2007 TO DECEMBER 6, 2007** |
| VALERIE MARIE PICARELLA, ) | |
|    Defendant. ) | |

     The parties appeared before the Honorable Bernard Zimmerman on November 27, 2007. With the agreement of counsel for both parties, the Court found and held as follows:

     1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from November 27, 2007 to December 6, 2007, in light of the need for defense counsel to obtain and review discovery. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review the discovery with the defendant.

     2. Given these circumstances, the Court found that the ends of justice served by

**[PROPOSED[ ORDER AND STIPULATION
EXCLUDING TIME CR 07-0676 PJH**

excluding the period from November 27, 2007 to December 6, 2007 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

      3. Accordingly, and with the consent of the defendant, the Court ordered that the period from November 27, 2007 to December 6, 2007, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

      IT IS SO STIPULATED.

DATED: 11/28/07             /s/  
                                      JODI LINKER  
                                      Counsel for Valerie Marie Picarella

DATED: 11/28/07             /s/  
                                      WENDY THOMAS  
                                      Special Assistant United States Attorney

      IT IS SO ORDERED.

DATED:_____       _____  
                                        THE HON. BERNARD ZIMMERMAN  
                                        United States Magistrate Judge