1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
   450 Golden Gate Avenue
6  San Francisco, California  94102
   Telephone: (415) 436-6809
7  Facsimile: (415) 436-7234
   E-Mail: wendy.thomas@usdoj.gov
8
   Attorneys for Plaintiff
9

10                       UNITED STATES DISTRICT COURT
11                       NORTHERN DISTRICT OF CALIFORNIA
12                              SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,         )   Criminal No. CR 07-0676 PJH
                                      )
14         Plaintiff,                 )
                                      )   **[PROPOSED]** **ORDER AND**
15                                    )   **STIPULATION EXCLUDING TIME**
           v.                         )   **FROM NOVEMBER 27, 2007 TO**
16                                    )   **DECEMBER 6, 2007**
    VALERIE MARIE PICARELLA,          )
17                                    )
           Defendant.                 )
18                                    )
                                      )
19  _____)

20
           The parties appeared before the Honorable Bernard Zimmerman on November 27, 2007.
21
    With the agreement of counsel for both parties, the Court found and held as follows:
22
           1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §
23
    3161(b), from November 27, 2007 to December 6, 2007, in light of the need for defense counsel
24
    to obtain and review discovery.  Failure to grant the requested continuance would unreasonably
25
    deny defense counsel reasonable time necessary for effective preparation, taking into account the
26
    exercise of due diligence and the need for counsel to review the discovery with the defendant.
27
           2.  Given these circumstances, the Court found that the ends of justice served by
28

**[PROPOSED] ORDER AND STIPULATION**
**EXCLUDING TIME CR 07-0676 PJH**

excluding the period from November 27, 2007 to December 6, 2007 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from November 27, 2007 to December 6, 2007, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 11/28/07                     /s/
                          JODI LINKER
                          Counsel for Valerie Marie Picarella

DATED: 11/28/07                     /s/
                          WENDY THOMAS
                          Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: November 30, 2007        _____
                          THE HON. BERNARD ZIMMERMAN
                          United States Magistrate Judge



[PROPOSED] ORDER AND STIPULATION
EXCLUDING TIME CR 07-0676 PJH     2