

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

November 28, 2007

Clerk, United District Court
Northern District of California
Internal Box 36060
San Francisco, CA 94102-3434

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450


FILED

DEC 3 - 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re:    Transfer to U.S. Magistrate Judge

Case No. 07-1921M

Case Title: USA v PICARELLA

Dear Sir/Madam:

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are the following:
- ☒ Certified copy of entire case file.
- ☐ Certified copy of docket sheet
- ☐ Letter re status of property bond
- ☐ Original bond enclosed
  - ☐ Original bond to be forwarded by the Fiscal Section
  - ☐ Certified copy of final commitment
  - ☐ Original Passport
  - ☐ Original Declaration re: Passport
- ☒ Other Documents 8 & 9-not for public view pursuant to E-Government Act of 2002.

Please acknowledge receipt on the copy of this letter and return to this office.

Sincerely,

Clerk, U.S. District Court

By Yesenia Caro
Deputy Clerk 213-894-8288

*cc: U.S. Attorney (Central District of California)*
*U.S. Attorney (Receiving district)*

Receipt of the above-described documents is acknowledged herewith and assigned case number:

_____.

Clerk, U.S. District Court

_____         By _____
Date                             Deputy Clerk

CR-48 (01/01)              **LETTER RE: RULE 40 - TRANSFER OUT**



**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

November 28, 2007

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Clerk, United District Court
Northern District of California
Internal Box 36060
San Francisco, CA 94102-3434

Re:     Transfer to U.S. Magistrate Judge

        Case No. 07-1921M

        Case Title: USA v PICARELLA

Dear Sir/Madam:

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are the following:
- ☒ Certified copy of entire case file.
- ☐ Certified copy of docket sheet
- ☐ Letter re status of property bond
- ☐ Original bond enclosed
  - ☐ Original bond to be forwarded by the Fiscal Section
  - ☐ Certified copy of final commitment
  - ☐ Original Passport
  - ☐ Original Declaration re: Passport
- ☒ Other Documents 8 & 9-not for public view pursuant to E-Government Act of 2002.

Please acknowledge receipt on the copy of this letter and return to this office.

                                   Sincerely,

                                   Clerk, U.S. District Court

                                   By Yesenia Caro
                                      Deputy Clerk 213-894-8288

*cc:  U.S. Attorney (Central District of California)*
   ✓ *U.S. Attorney (Receiving district)*

Receipt of the above-described documents is acknowledged herewith and assigned case number:

_____.

                                   Clerk, U.S. District Court

                                   By _____
_____                Deputy Clerk
Date

CR-48 (01/01)                    **LETTER RE: RULE 40 - TRANSFER OUT**

**FILED**
CLERK, U.S. DISTRICT COURT

**NOV - 9 2007**

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America | CASE NUMBER |
| | MJ 07-1921 |
| PLAINTIFF(S) | |
| v. | FINAL COMMITMENT AND WARRANT OF REMOVAL |
| | Northern    District of    California |
| Valerie Marie Picarella, | At _____ San Francisco _____ |
| | *(City)* |
| DEFENDANT(S). | |

**To: United States Marshal for the Central District of California**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after:
☐ filing of a complaint before a U.S. Magistrate Judge
☐ an indictment by a Grand Jury
☒ a bench warrant issued by a Clerk from the District of Origin charging that on or about June 2005, in the District of Origin, the defendant made false statements or fraud to obtain federal employees' compensation in violation of Title 18, U.S.C., Section 1920.

The defendant has now:
☒ duly waived identity hearing before me on _November 8, 2007_.
☐ duly waived preliminary examination before me on _____.
☐ had a hearing before me on _____, and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☐ had a hearing before me on _____, and it appears that the defendant is the person named as charged, and:
  ☐ Bail has been set at $_____ but has not been posted.
  ☐ No bail has been set.
  ☒ Permanent detention has been ordered.
  ☐ Temporary detention has been ordered.

_November 9, 2007_
Date                           United States Magistrate Judge

=======================================================
### RETURN

Received this commitment and designated prisoner on _____, and on _____, committed him to _____ and left with the custodian at the same time a certified copy of the within temporary commitment.

United States Marshal, Central District of California

_____                    _____
Date                      Deputy

M-15 (08/99)        **FINAL COMMITMENT AND WARRANT OF REMOVAL**

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:07-mj-01921-DUTY All Defendants

Case title: USA v. Picarella

Date Filed: 11/08/2007
Date Terminated: 11/09/2007

Assigned to: Duty Magistrate Judge

### Defendant

**Valerie Marie Picarella** (1)
*TERMINATED: 11/09/2007*

represented by **Rick D Goldman**
Federal Public Defender
321 East 2nd Street
Los Angeles, CA 90012-4202
213-894-4791
Email: zzCAC_FPD_Document_Receiving@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts

None

### Highest Offense Level (Opening)

None

### Terminated Counts

None

### Highest Offense Level (Terminated)

None

### Complaints

Defendant in violation of 18:1920

**Disposition**

**Disposition**

**Disposition**

Defendant is hereby remanded to the custody of the USMS and hereby ORDERED Held to Answer to the Northern District of California.

**Plaintiff**

**USA**

I hereby attest and certify on _11-28-07_ that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY CLERK
1152

represented by **US Attorney's Office**
AUSA - Office of US Attorney
312 N Spring St, 12th Floor
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/08/2007 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Valerie Marie Picarella, originating in the Northern District of California. Defendant charged in violation of: 18:1920. Signed by agent Michael Blas, US DOJ-OIC Special Agent. (yca) (Entered: 11/26/2007) |
| 11/08/2007 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Valerie Marie Picarella; defendants |

Year of Birth: 1967; date of arrest: 11/8/2007 (yca) (Entered: 11/26/2007)

| | | |
|---|---|---|
| 11/08/2007 | 3 | Defendant Valerie Marie Picarella arrested on warrant issued by the USDC Northern District of California at San Francisco. (yca) (Entered: 11/26/2007) |
| 11/08/2007 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Paul L. Abrams as to Defendant Valerie Marie Picarella Defendant arraigned and states true name is as charged. Attorney: Rick D Goldman for Valerie Marie Picarella, DFPD, present. Court orders defendant permanently detained. Defendant remanded to the custody or currently in the custody of the US Marshal. Court orders defendant held to answer to Northern District of California at San Francisco. Warrant of Removal and final commitment to issue. Court Smart: CS 11/08/07. (yca) (Entered: 11/26/2007) |
| 11/08/2007 | 5 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Valerie Marie Picarella (yca) (Entered: 11/26/2007) |
| 11/08/2007 | 6 | ORDER OF DETENTION by Magistrate Judge Paul L. Abrams as to Defendant Valerie Marie Picarella, (yca) (Entered: 11/26/2007) |
| 11/08/2007 | 7 | WAIVER OF RIGHTS approved by Magistrate Judge Paul L. Abrams as to Defendant Valerie Marie Picarella. (yca) (Entered: 11/26/2007) |
| 11/08/2007 | 9 | FINANCIAL AFFIDAVIT filed as to Defendant Valerie Marie Picarella. (yca) (Entered: 11/26/2007) |
| 11/09/2007 | 12 | WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge Paul L. Abrams that Defendant Valerie Marie Picarella be removed to the Northern District of California. (Attachments: # 1 Letter re: Transfer Out) (yca) (Entered: 11/28/2007) |
| 11/16/2007 | 8 | AFFIDAVIT OF SURETIES (No Justification - Pursuant to Local Criminal Rule 46-5.2.8) in the amount of $ 10,000 by surety: Rebecca O'Bryan for Filed by Defendant Valerie Marie Picarella (yca) (Entered: 11/26/2007) |
| 11/16/2007 | 13 | MINUTES OF APPLICATION RE: REVIEW OF ORDER CONDITIONS OF PRETRIAL DETENTION held before Magistrate Judge Paul L. Abrams as to Defendant Valerie Marie Picarella. Court Grants Bail in the Amount of 10,000 Appearance Bond. The Defendant is ordered to appear no later than November 27, 2007 in the Northern District of California. Court Smart: CS 11/16/07. (Attachments: # 1 Bond) (yca) (Entered: 11/28/2007) |
| 11/26/2007 | 10 | EX PARTE APPLICATION for Bond Filed by Defendant Valerie Marie Picarella (Attachments: # 1 Proposed Order)(Goldman, Rick) (Entered: 11/26/2007) |
| 11/27/2007 | 11 | EX PARTE APPLICATION for Bond Filed by Defendant Valerie Marie Picarella (Attachments: # 1 Proposed Order)(Goldman, Rick) (Entered: 11/27/2007) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 11/28/2007 16:05:49 | | |
| **PACER Login:** | us3877 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:07-mj-01921-DUTY |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

# THIS DOCUMENT

# CONTAINS

# NON-PUBLIC INFORMATION

# PURSUANT TO

# THE E-GOVERNMENT ACT OF 2002

# AND

# IS RESTRICTED FROM

# PUBLIC VIEWING

FILED

2007 NOV -8 AM 10: 53

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America PLAINTIFF(S) v. Valerie Marie Picarella DEFENDANT(S) | CASE NUMBER    BY _____ **07-1921M** **AFFIDAVIT RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: _____
in the __Northern__ District of __California__ on __11/08/07__
at __6:15__ ☑ a.m. / ☐ p.m. The offense was allegedly committed on or about __June 5, 2005__
in violation of Title 18 USC 1920 U.S.C., Section(s) 1920
to wit: _____

A warrant for defendant's arrest was issued by: __U.S. Dept. of Labor - OIG__

Bond of $ __no bail__ was ☐ set / ☑ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on __11/8/07__, by

_____ , Deputy Clerk.

Signature of Agent _____        Print Name of Agent    Michael Blas

Agency    U.S. DOL-OIG _____    Title    Special Agent

CR-52 (05/98)    AFFIDAVIT RE OUT-OF-DISTRICT WARRANT

I hereby attest and certify on _____
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
_____ CLERK

1152

FILED

2007 NOV -8 AM 10: 57

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
**PLAINTIFF**

v.

Valerie Marie Picarella

**DEFENDANT(S).**

CASE NUMBER
**07 - 1921 M**

**REPORT COMMENCING CRIMINAL ACTION**

TO:   CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1.  Date and time of arrest ___ 11/8/07 ___ 6:15 ___ ☑ AM / ☐ PM

2.  Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
    18 USC 1920 False statements or fraud to obtain federal comp/compensat comp.

3.  Offense charged is a: ☐ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

4.  U.S. Citizen: ☑ Yes   ☐ No   ☐ Unknown

5.  Year of Birth: _1967_

6.  The defendant is: ☑ Presently in custody on this charge.
    ☐ At liberty on bond posted before a Magistrate Judge.
    ☐ At liberty and warrant is requested.
    ☐ Federal - In custody on another conviction.
    ☐ State - In custody awaiting trial on these charges.

7.  Place of detention (if out-of-district): _____

8.  Date detainer placed on defendant: _____

9.  This is a reprosecution of previously dismissed charges. (Docket/Case No. _____

10. Name of Pretrial Services Officer: _____

11. Remarks (if any): _____

12. Date: _11/8/07_

13. Signature: _____

14. Name: _Michael Blos_

15. Title: _Special Agent_

NOV. 7. 2007  5:44PM    SHIP & CHECK 355 0296                    NO. 714    P. 2

AO 442 (Rev. 5/93) Warrant for Arrest

FILED

# United States District Court
## Northern District of California

2007 NOV -8  AM 10: 58

~~S c Carter~~ DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES OF AMERICA,

V.

Valerie Marie Picarella

**WARRANT FOR ARREST**

# 07 - 1921M

Case Number: CR07-676-PJH

RECEIVED
UNITED STATES MARSHAL
07 OCT 25  PM 2: 41
NORTHERN DISTRICT
OF CALIFORNIA

SEALED
BY COURT ORDER

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Valerie Marie Picarella___

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

(X) Indictment  ( ) Information  ( ) Complaint
( ) Order of Court  ( ) Violation Notice  ( ) Probation Violation Petition

charging him or her with 18:1920 False statements or fraud to obtain federal employees' compensation

in violation of Title ___See above___ United States Code, Section(s) ___

_____
Deputy Clerk
Title of Issuing Officer

_signature_
Signature of Issuing Officer

___10/25/07 San Francisco___
Date and Location

Bail fixed at $ __No bail__    by    ___Edward Chen U.S. Magistrate Judge___
                                        Name of Judicial Officer

I hereby attest and certify on 11-7-207 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY CLERK

1152

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| Date received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest | | |

1  THOMAS P. O'BRIEN
   United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   JILL FEENEY (SBN 218506)
4  Assistant United States Attorney
   Major Frauds Section
5        1100 United States Courthouse
         312 North Spring Street
6        Los Angeles, California 90012
         Telephone: (213) 894-2429
7        Facsimile: (213) 894-6269

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
9

CLERK, U.S. DISTRICT COURT

**FILED**

NOV - 8 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

10                    UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,     )    CR 07-  MJ 07-1921
                                  )
13                Plaintiff,      )    GOVERNMENT'S NOTICE OF REQUEST
                                  )    FOR DETENTION
14                                )
                      v.          )
15  Marie Mary Thompson           )
                                  )
16                                )
                  Defendant.      )
17  _____)

I hereby attest and certify on _____ that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY CLERK

18      Plaintiff, United States of America, by and through its

20  attorney of record, hereby requests detention of defendant and gives

21  notice of the following material factors:

22        1.    Temporary 10-day Detention Requested (§ 3142(d))

23              on the following grounds:

24        ____  a.   offense committed while defendant was on release

25                   pending (felony trial), (sentencing) (appeal) or

                     on (probation) (parole);

          ____  b.   alien not lawfully admitted for permanent

28                   residence;

```
 1                    ____  c.  flight risk;
 2                    ____  d.  danger to community.
 3            ✓  2.     Pretrial Detention Requested (§ 3142(e)) because no
 4                         condition or combination of conditions will
 5                         reasonably assure against:
 6                    ____  a.  danger to any other person or the community;
 7                    ✓     b.  flight.
 8            ____  3.     Detention Requested Pending Supervised
 9                         Release/Probation Revocation Hearing (Rules 32.1,
10                         46, § 3143) because defendant cannot establish a
11                         condition or combination of conditions that will
12                         reasonably assure against:
13                    ____  a.  Danger to any other person or the community;
14                    ____  b.  Flight.
15            ____  4.     Presumptions Applicable to Pretrial Detention (18
16                         U.S.C. § 3142(e)):
17                    ____  a.  Title 21 offense with 10-year or greater maximum
18                              penalty (presumption of danger to community and
19                              flight risk);
20                    ____  b.  firearm used or carried during offense (18 U.S.C.
21                              § 924(c)) (presumption of danger to community and
22                              flight risk);
23                    ____  c.  offense under Maritime Drug Law Enforcement Act
24                              (46 U.S.C. App. 1901 et seq.) (presumption of
25                              danger to community and flight risk);
26                    ____  d.  defendant currently charged with (I) crime of
27                              violence, (II) offense with maximum sentence of
28
```

2

| | | |
|---|---|---|
| 1 | | life imprisonment or death, (III) Title 21 offense |
| 2 | | with ten year or greater maximum sentence, or |
| 3 | | (IV) state or local offense that would qualify |
| 4 | | under I, II, or III if federal jurisdiction were |
| 5 | | present, and defendant was previously convicted |
| 6 | | of a crime listed in I, II, or III committed |
| 7 | | while on release pending trial, and the current |
| 8 | | offense was committed within five years of |
| 9 | | conviction or release from prison on the above- |
| 10 | | described previous conviction (presumption of |
| 11 | | danger to community). |
| 12 | 5. | Government is Entitled to Detention Hearing |
| 13 | | Under § 3142(f) Based on the Following: |
| 14 | | a. crime of violence (defined in 18 U.S.C. § 3156); |
| 15 | | b. maximum sentence is life imprisonment or death; |
| 16 | | c. Title 21 offense with maximum sentence of ten |
| 17 | | years or more; |
| 18 | | d. instant offense is felony and defendant has two |
| 19 | | or more convictions for a crime set forth in a-c |
| 20 | | above or for an offense under state or local law |
| 21 | | that would qualify under a, b, or c if federal |
| 22 | | jurisdiction were present; |
| 23 | | e. serious risk of flight; |
| 24 | | f. serious risk of (obstructing justice or |
| 25 | | attempting to obstruct justice) (threatening, |
| 26 | | injuring, or intimidating witness or juror, or |
| 27 | | attempting to do so). |
| 28 | | |

3

```
 1  _____    6.   Government requests continuance of _____ days for

 2                detention hearing based upon the following reason: __

 3                _____

 4                _____

 5                _____

 6  _____    7.   Good cause for continuance in excess of three days

 7                exists in that:

 8                _____

 9                _____

10                _____

11                _____

12

13  DATED:   November 8, 2007

14                                  Respectfully submitted,

15                                  THOMAS P. O'BRIEN
                                    United States Attorney
16

17                                  JILL FEENEY
18                                  Assistant United States Attorney

19                                  Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA
20

21

22

23

24

25

26

27

28
```

4



"O" Send

FILED
CLERK, U.S. DISTRICT COURT

NOV - 8 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

1

2

3

4

5

6            **UNITED STATES DISTRICT COURT**

7            **CENTRAL DISTRICT OF CALIFORNIA**

8    UNITED STATES OF AMERICA,              )

9                          Plaintiff,       )    CASE NO.    07 - 1921 M

10           v.                             )

11                                          )    ORDER OF DETENTION

12    VALERIE MARIE                         )
                  PICARELLA                 )
13                          Defendant.      )

14

15
I hereby attest and certify that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY CLERK

                          I.

A. ( )    On motion of the Government in a case allegedly involving:

    1. ( )    a crime of violence.

    2. ( )    an offense with maximum sentence of life imprisonment or death.

    3. ( )    a narcotics or controlled substance offense with maximum sentence
              of ten or more years .

    4. ( )    any felony - where defendant convicted of two or more prior offenses
              described above.

    5. ( )    any felony that is not otherwise a crime of violence that involves a
              minor victim, or possession or use of a firearm or destructive device
              or any other dangerous weapon, or a failure to register under 18
              U.S.C § 2250.

B.    ☒    On motion by the Government / ( ) on Court's own motion, in a case

23

24

25

26

27

28

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

1             allegedly involving:

2        (🗶    On the further allegation by the Government of:

3        1. (🗶)    a serious risk that the defendant will flee.

4        2. ( )    a serious risk that the defendant will:

5            a. ( )  obstruct or attempt to obstruct justice.

6            b. ( )  threaten, injure, or intimidate a prospective   witness or juror or

7                  attempt to do so.

8    C. The Government ( ) is/ (🗶) is not entitled to a rebuttable presumption that no

9        condition or combination of conditions will reasonably assure the defendant's

10       appearance as required and the safety or any person or the community.

11

12                               II.

13   A. (🗶) The Court finds that no condition or combination of conditions will

14       reasonably assure:

15       1. (🗶   the appearance of defendant as required.

16       ( ) and/or

17       2. ( )    the safety of any person or the community.

18   B. ( )    The Court finds that the defendant has not rebutted by sufficient

19           evidence to the contrary the presumption provided by statute.

20

21                               III.

22   The Court has considered:

23   A. the nature and circumstances of the offense(s) charged, including whether the

24       offense is a crime of violence, a Federal crime of terrorism, or involves a minor

25       victim or a controlled substance, firearm, explosive, or destructive device;

26   B. the weight of evidence against the defendant;

27   C. the history and characteristics of the defendant; and

28   D. the nature and seriousness of the danger to any person or to the community.

## IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

## V

The Court bases the foregoing finding(s) on the following:

A. (X)    As to flight risk:

no known bail resources
no verified info
~~employment~~

B. ( )    As to danger:

## VI

A. ( )    The Court finds that a serious risk exists the defendant will:

    1. ( ) obstruct or attempt to obstruct justice.

    2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror.

1  B. The Court bases the foregoing finding(s) on the following:

2

3

4

5

6

7

8

9                                              VII

10
                                                    到
11  A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

12  B. IT IS FURTHER ORDERED that the defendant be committed to the custody

13      of the Attorney General for confinement in a corrections facility separate, to

14      the extent practicable, from persons awaiting or serving sentences or being

15      held in custody pending appeal.

16  C. IT IS FURTHER ORDERED that the defendant be afforded reasonable

17      opportunity for private consultation with counsel.

18  D. IT IS FURTHER ORDERED that, on order of a Court of the United States

19      or on request

20  of any attorney for the Government, the person in charge of the corrections facility

21  in which defendant is confined deliver the defendant to a United States marshal for

22  the purpose of an appearance in connection with a court proceeding.

23

24

25

26  DATED: __11/8/7__                    _____
                                         UNITED STATES MAGISTRATE JUDGE
27

28

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (03/07)                                                    Page 4 of 4

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

NOV - 8 2007

UNITED STATES OF AMERICA,
PLAINTIFF

v.

Valerie marie Picarella

DEFENDANT.

CASE NUMBER:

07 - 1921 - m

**WAIVER OF RIGHTS
(OUT OF DISTRICT CASES)**

I understand that charges are pending in the Northern District of California alleging violation of 18 USC 1920 and that I have been arrested in this district and taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

(Title and Section / Probation / Supervised Release)

(1)    have an identity hearing to determine whether I am the person named in the charges;
(2)    receive a copy of the charge(s) against me;

*-Check one only-*

☐    **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**
(3)    have a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
(4)    request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☐    **PROBATION OR SUPERVISED RELEASE CASES:**
(3)    have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

☒    have an identity hearing
☒    receive a copy of the charges(s) against me
☐    have a preliminary examination
☐    have an identity hearing, and I have been informed that I have no right to a preliminary examination
☐    have an identity hearing, but I request that a preliminary examination be held in the prosecuting district

Defendant

Defense Counsel

Date: 11/8/07

United States Magistrate Judge

M-14 (03/03)          WAIVER OF RIGHTS (OUT OF DISTRICT CASES)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES-GENERAL

Case No.  ~~MJ 07-1921~~                                    Date  November 16, 2007

Title:   United States of America v. Valerie Marie Picarella

--------------------------------------------------------------------------------

PRESENT: THE HONORABLE   PAUL L. ABRAMS                ☐ **U.S. DISTRICT JUDGE**

                                                        ☒ **MAGISTRATE JUDGE**


   __Christianna Howard__          _____N/A_____          __CourtSmart__
        Deputy Clerk            Court Reporter / Recorder        Tape No.

**ATTORNEYS PRESENT FOR PLAINTIFF:**        **ATTORNEYS PRESENT FOR DEFENDANT:**
       Jill Feeney, AUSA                         Rick Goldman, DFPD


**PROCEEDINGS:    (APPLICATION RE: REVIEW OF ORDER CONDITIONS OF PRETRIAL
                  DETENTION)**

Court **grants** bail in the amount of $10,000.  The defendant is ordered to appear no later November 27, 2007,
in the Northern District of California, San Francisco. See CR-1 form for specific amounts and conditions.


cc:    PSA

I hereby attest and certify on ____ is a full, true
that the foregoing document
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK

:   15

Initials of Deputy Clerk____

--------------------------------------------------------------------------------

## UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>VALERIE MARIE PICARELLA<br><br>Defendant/Material Witness. | CASE NUMBER:<br>MJ 07-1921 | |
| | COMPLAINT: | INDICTMENT / INFORMATION: |
| | VIOLATION OF TITLE:<br>18 | SECTION:<br>1920 |

☐ PERSONAL RECOGNIZANCE (Signature only - no dollar amount)
☐ UNSECURED APPEARANCE BOND IN THE AMOUNT OF $_____
☑ APPEARANCE BOND IN THE AMOUNT OF $ _10,000_       RELEASE No. _____
   ☐ WITH CASH DEPOSIT (AMOUNT OR %) _____
   ☑ WITH AFFIDAVIT OF SURETY NO JUSTIFICATION (Form CR-4)       ☐ RELEASE TO PRETRIAL ONLY
      _by Rebecca O'Brien_                                          ☐ FORTHWITH RELEASE
                                                                     ☐ ALL CONDITIONS OF BOND
                                                                     SHALL BE MET AND BOND
☐ WITH AFFIDAVIT WITH JUSTIFICATION OF SURETY (Form CR-3)       POSTED BY: _____
                                                                                          Date

☐ WITH DEEDING OF PROPERTY
☐ COLLATERAL BOND IN AMOUNT OF (Cash or Negotiable Securities) $_____
☐ CORPORATE SURETY BOND IN AMOUNT OF (Separate Form Required) $_____
☐ ADDITIONAL REQUIREMENTS: _____
☑ BAIL FIXED BY COURT _____       ☐ ALL REQUIREMENTS HAVE BEEN MET
          _Deputy Clerk_                                             _Deputy Clerk_

### PRE-CONDITIONS TO RELEASE
☐ Bail is subject to Nebbia hearing which is a hearing to inquire about the source of the collateral.
   ☐ The Nebbia hearing can be waived by the government.
### ADDITIONAL CONDITIONS OF RELEASE
In addition to the GENERAL CONDITIONS of RELEASE, as specified on other side, the following conditions of release are imposed upon you:
☐ Defendant shall submit to: [ ] Pretrial Supervision.  [ ] Intensive Pretrial Supervision.
☑ Surrender all passports to the Clerk of Court, or sign a declaration no later than, _____ and not apply
   for the issuance of a passport during the pendency of this case.
☑ Travel is restricted to: CD/CA  _California_
☐ Do not enter premises of any airport, seaport, railroad, or bus terminal which permits exit from the Continental U.S. or area
   of restricted travel without Court permission.
☑ Reside as approved by PSA and do not relocate without prior permission from PSA.
☐ Maintain or actively seek employment and provide proof to PSA.
☐ Maintain or commence an educational program and provide proof to PSA.
☐ Avoid all contact, directly or indirectly, with any person who is or who may become a victim or potential witness in the
   subject investigation or prosecution, including but not limited to: _____
☐ Not possess any firearms, ammunition, destructive devices, or other dangerous weapons. [ ] In order to determine
   compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the
   US Marshal.
☐ Not use/possess any identification other than in your own legal name or true name. [ ] In order to determine compliance, you
   will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the U.S. Marshal.
☐ Not use alcohol.
☐ Not use or possess illegal drugs. [ ] In order to determine compliance, you will agree to submit to a search of your person
   and/or property by Pretrial Services in conjunction with the US Marshal.
☐ Submit to drug [and/or] alcohol testing and outpatient treatment as directed by PSA. You shall pay all or part of the cost for
   testing and treatment based upon your ability to pay as determined by PSA.
☐ Participate in residential drug [and/or] alcohol treatment as deemed necessary by PSA. You shall pay all or part of the cost
   for treatment based upon your ability to pay as determined by PSA. [ ] Release to PSA only.
☐ Participate in mental health evaluation, and/or counseling and/or treatment as directed by PSA. You shall pay all or part of
   the costs based upon your ability to pay as determined by PSA.

Defendant Initials X ____   Date X 11-16-07

ORIGINAL - YELLOW COPY        PINK- PRETRIAL SERVICES        WHITE - DEFENDANT COPY

## UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

VALERIE MARIE PICARELLA

Defendant/~~Material Witness~~.

CASE NUMBER:

MJ 07-1921

☐ Participate in one of the following home confinement program components and abide by all requirements of the program which [ ] **will** or [ ] **will not** include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by PSA.

   [ ] **Curfew.** You are restricted to your residence every day: [ ] from _____ to _____ . [ ] as directed by PSA.
   [ ] **Release to PSA only.**

   [ ]  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court-ordered obligations; or other activities as pre-approved by PSA. [ ] **Release to PSA only.**

   [ ]  **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment; religious services; and court appearances as pre-approved by PSA. [ ] **Release to PSA only.**

☐ Not possess or have access to, either in the home, the workplace, or any other location, any device which offers Internet access, except as approved by PSA. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.

☐ Not associate or have verbal, written, telephonic, or electronic communication with any person who is less than the age of 18 except in the presence of another adult who is the parent or legal guardian of the minor.

☐ Not loiter/be found within 100 feet of any school yard, park, playground, arcade, or other place primarily used by children under the age of 18.

☐ Not be employed by, affiliate with, own, control, or otherwise participate directly or indirectly in conducting the affairs of any daycare facility, school, or other organization dealing with the care, custody, or control of children under the age of 18.

☐ Not view or possess child pornography or child erotica. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property, including computer hardware and software, by Pretrial Services in conjunction with the US Marshal.

☐ Other conditions: _____

_____

| | | |
|---|---|---|
| X 11-16-07 | X _(signature)_ | X 310-999-9625 |
| Date | Defendant/Material Witness' Signature | Telephone Number |

X PORT HUENEME, CA ~~93041~~ 93041
City, State And Zip Code
          ONLY

☐ **Check if interpreter is used:** I have interpreted into the _____ language all of the above conditions of release and have been told by the defendant that he or she understands all of the conditions of release.

_____       _____
Interpreter's signature                     Date

Approved: _____
      United States District Judge / Magistrate Judge           Date

If Cash Deposited: Receipt # _____     For $_____

(This bond may require surety agreements and affidavits pursuant to Local Criminal Rules 46-3.2 and 46-6)

| | | |
|---|---|---|
| **ORIGINAL - YELLOW COPY** | **PINK- PRETRIAL SERVICES** | **WHITE - DEFENDANT COPY** |

1  SEAN K. KENNEDY (No. 145632)
   Federal Public Defender
2  (E-mail: Sean_Kennedy@fd.org)
   RICHARD D. GOLDMAN (No. 187707)
3  Deputy Federal Public Defender
   (E-mail: Richard_Goldman@fd.org)
4  321 East 2nd Street
   Los Angeles, California 90012-4202
5  Telephone (213) 894-4791
   Facsimile (213) 894-0081
6
7  Attorneys for Defendant
   VALERIE MARIE PICARELLA
8
9                    UNITED STATES DISTRICT COURT
10                 CENTRAL DISTRICT OF CALIFORNIA
11                        WESTERN DIVISION
12
13  UNITED STATES OF AMERICA,        )
                                     )   NO. 07-1921M
14              Plaintiff,           )
                                     )   **EX PARTE APPLICATION RE:**
15         v.                        )   **REVIEW OF ORDER**
                                     )   **CONDITIONS OF PRETRIAL**
16  VALERIE MARIE PICARELLA,         )   **DETENTION; DECLARATION**
                                     )   **OF COUNSEL; [PROPOSED]**
17              Defendant.           )   **ORDER**
                                     )
18
19  TO: THE HONORABLE  PAUL L. ABRAMS, UNITED STATES MAGISTRATE
20     JUDGE
21         Defendant Valerie Marie Picarella, by and through her attorney of record,
22  Deputy Federal Public Defender Richard D. Goldman, hereby submits this Ex Parte
23  Application seeking a review of the Court's Order setting detention pending trial.
24  This application is based on the attached declaration of counsel.
25
                                 Respectfully submitted,
26
                                 SEAN K. KENNEDY
27                               Federal Public Defender
28
    DATED: November __, 2007      By
                                    RICHARD D. GOLDMAN
                                    Deputy Federal Public Defender

## **DECLARATION OF RICHARD D. GOLDMAN**

I, Richard D. Goldman, hereby state and declare as follows:

1.      I am a Deputy Federal Public Defender in the Central District of California appointed to represent Valerie Marie Picarella in the above-entitled action.

2.      On November 8, 2007, Ms. Picarella made her initial appearance before the Court.  She was charged in a two indictment from the Northern District of California with Making False Statements or Fraud to Obtain Federal Employees Compensation, in violation of 18 U.S.C. § 1920.

3.      The accusations against Ms. Picarella do not activate any of the presumption regarding detention.  If Ms. Picarella were to be convicted of these charges, a guideline analysis reveals that a combination of the alleged loss amount and criminal history category I result in a guideline range of 12-18 months.[1]

3.      The government moved for detention based on an assessment by Pre-Trial services that Ms. Picarella posed a risk of flight.  This assessment was a result of Pre-trial Services' inability to contact either friends or family of Ms. Picarella in order to verify information she provided.

4.      Although the Court detained Ms. Picarella, it stated that this case was a bailable case and further stated that it would entertain  counsel's motion to set a reasonable bond upon Counsel's ability to verify the information provided by Ms. Picarella and to suggest to the Court a bond which would reasonably assure Ms. Picarella's appearance at future proceedings.

5.      I have contacted Pretrial services officer J.C. Hill who has spoken with Mike Picarella, Ms. Picarella's father.  He has verified the information provided by Ms. Picarella.

---

[1]The Pretrial Services Report indicates that the alleged loss amount was $140,000 and that Ms. Picarella has a complete absence of criminal history.

2

1       6.    In addition to speaking to Mr. Picarella, Mr. Hill has spoken with

2   Rebecca O' Bryan, a friend of Ms. Picarella. Ms. O'Bryan, who is employed by the

3   Department of Homeland Security, is willing to sign an unjustified affidavit of

4   surety in any amount the Court deems necessary to reasonably assure Ms.

5   Picarella's appearance at future court proceedings.

6       7.    The Pre-Trial Services report indicated that Ms. Picarella has never

7   been arrested for or convicted of any criminal offense. The report also indicated an

8   absence of outstanding warrants for Ms. Picarella or any failures to appear.

9       8.    For the above-stated reasons, Ms. Picarella seeks a detention hearing

10  resulting in an order setting conditions of pretrial release.

11      9.    Assistant United States Attorney Jill Feeney, who represented the

12  government in this matter, was not available to comment on the relief sought in this

13  application.

14      I declare under penalty of perjury that the foregoing is true and correct to the

15  best of my knowledge.

16

17

18  DATED: November __, 2007

                                              RICHARD D. GOLDMAN

19                                                Deputy Federal Public Defender

20

21

22

23

24

25

26

27

28

3

1  SEAN K. KENNEDY (No. 145632)
   Federal Public Defender
2  (E-mail:  Sean_Kennedy@fd.org)
   RICHARD D. GOLDMAN (No. 187707)
3  Deputy Federal Public Defender
   (E-mail:  Richard_Goldman@fd.org)
4  321 East 2nd Street
   Los Angeles, California  90012-4202
5  Telephone (213) 894-4791
   Facsimile (213) 894-0081
6
7  Attorneys for Defendant
   VALERIE MARIE PICARELLA
8
9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                  WESTERN DIVISION

12

13  UNITED STATES OF AMERICA,        )
                                     )  NO. 07-1921M
14             Plaintiff,            )
                                     )  **EX PARTE APPLICATION RE:**
15        v.                         )  **REVIEW OF ORDER**
                                     )  **CONDITIONS OF PRETRIAL**
16  VALERIE MARIE PICARELLA,         )  **DETENTION; DECLARATION**
                                     )  **OF COUNSEL; [PROPOSED]**
17             Defendant.            )  **ORDER**
                                     )
18  ─────────────────────────────────

19  TO: THE HONORABLE  PAUL L. ABRAMS, UNITED STATES MAGISTRATE

20     JUDGE

21        Defendant Valerie Marie Picarella, by and through her attorney of record,

22  Deputy Federal Public Defender Richard D. Goldman, hereby submits this Ex Parte

23  Application seeking a review of the Court's Order setting detention pending trial.

24  This application is based on the attached declaration of counsel.

25                          Respectfully submitted,

26                          SEAN K. KENNEDY
27                          Federal Public Defender

28

    DATED:  November __, 2007        By      /s/
                                        RICHARD D. GOLDMAN
                                        Deputy Federal Public Defender

1 | **DECLARATION OF RICHARD D. GOLDMAN**

2 | I, Richard D. Goldman, hereby state and declare as follows:

3 | 1.    I am a Deputy Federal Public Defender in the Central District of
4 | California appointed to represent Valerie Marie Picarella in the above-entitled
5 | action.

6 | 2.    On November 8, 2007, Ms. Picarella made her initial appearance
7 | before the Court.  She was charged in a two indictment from the Northern District
8 | of California with Making False Statements or Fraud to Obtain Federal Employees
9 | Compensation, in violation of 18 U.S.C. § 1920.

10 | 3.    The accusations against Ms. Picarella do not activate any of the
11 | presumption regarding detention.  If Ms. Picarella were to be convicted of these
12 | charges, a guideline analysis reveals that a combination of the alleged loss amount
13 | and criminal history category I result in a guideline range of 12-18 months.[1]

14 | 3.    The government moved for detention based on an assessment by Pre-
15 | Trial services that Ms. Picarella posed a risk of flight.  This assessment was a result
16 | of Pre-trial Services' inability to contact either friends or family of Ms. Picarella in
17 | order to verify information she provided.

18 | 4.    Although the Court detained Ms. Picarella, it stated that this case was a
19 | bailable case and further stated that it would entertain  counsel's motion to set a
20 | reasonable bond upon Counsel's ability to verify the information provided by Ms.
21 | Picarella and to suggest to the Court a bond which would reasonably assure Ms.
22 | Picarella's appearance at future proceedings.

23 | 5.    I have contacted Pretrial services officer J.C. Hill who has spoken with
24 | Mike Picarella, Ms. Picarella's father.  He has verified the information provided by
25 | Ms. Picarella.

26 |

27 | 

---

[1]The Pretrial Services Report indicates that the alleged loss amount was $140,000 and that Ms.
28 | Picarella has a complete absence of criminal history.

2

1    6.    In addition to speaking to Mr. Picarella, Mr. Hill has spoken with

2  Rebecca O' Bryan, a friend of Ms. Picarella. Ms. O'Bryan, who is employed by the

3  Department of Homeland Security, is willing to sign an unjustified affidavit of

4  surety in any amount the Court deems necessary to reasonably assure Ms.

5  Picarella's appearance at future court proceedings.

6    7.    The Pre-Trial Services report indicated that Ms. Picarella has never

7  been arrested for or convicted of any criminal offense. The report also indicated an

8  absence of outstanding warrants for Ms. Picarella or any failures to appear.

9    8.    For the above-stated reasons, Ms. Picarella seeks a detention hearing

10  resulting in an order setting conditions of pretrial release.

11    9.    Assistant United States Attorney Jill Feeney, who represented the

12  government in this matter, was not available to comment on the relief sought in this

13  application.

14    I declare under penalty of perjury that the foregoing is true and correct to the

15  best of my knowledge.

16

17

18  DATED: November __, 2007                   /s/
19                                        RICHARD D. GOLDMAN
                                          Deputy Federal Public Defender

20

21

22

23

24

25

26

27

28

3