UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff(s),　　　　　　　　　　No. CR 07-0676 PJH

  v.　　　　　　　　　　　　　　　　**CLERK'S NOTICE**

VALERIE PICARELLA,

    Defendant(s).
_____/

    YOU ARE HEREBY NOTIFIED that on **January 8, 2008** at **1:30 p.m.**, in Courtroom No. 3 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE PHYLLIS J. HAMILTON will conduct the Status/Trial Setting Hearing **previously noticed for** January 9, 2008 , in this matter.

Richard W. Wieking
Clerk, U.S. District Court

by:_____
Nichole Heuerman, Deputy Clerk
Honorable Phyllis J. Hamilton
(415) 522-2023

Dated: December 12, 2007