1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  DEREK R. OWENS (CABN 230237)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone: (415) 436-6488
7      Fax: (415) 436-7234
       Email: Derek.Owens@usdoj.gov
8
9  Attorneys for Plaintiff

10                     UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                         SAN FRANCISCO DIVISION
13
   UNITED STATES OF AMERICA,        )   No. CR 07-0676 PJH
14                                  )
           Plaintiff,               )
15                                  )   NOTICE OF SUBSTITUTION OF
       v.                           )   COUNSEL
16                                  )
   VALERIE MARIE PICARELLA,         )
17                                  )
           Defendant.               )
18 _____   )

19     TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE
20 NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:
21     PLEASE TAKE NOTICE THAT THE CLERK is hereby asked to enter the appearance
22 of Derek R. Owens, Assistant United States Attorney, and to withdraw the appearance of
23 Matthew A. Lamberti, the Assistant United States Attorney who was formerly assigned to
24 represent the United States of America. The Clerk is requested to change the docket sheet and
25 other Court records so as to reflect that all Orders and communications from the Court will in the
26 future be directed to AUSA Derek R. Owens at the above mailing address, telephone number,
27 facsimile number, and e-mail address.
28

CR 07-0676 PJH
NOTICE OF SUBSTITUTION OF COUNSEL

1

1  Please also take notice that, from the date of this request, service on the Untied States of
2  America should be made on Derek R. Owens only.  Please amend your service lists accordingly.
3  While Brian Stretch, Chief of the Criminal Division, and Scott N. Schools, United States
4  Attorney, will appear on the pleadings with Derek R. Owens, no service need to be made on
5  them.

7  DATED: January 2, 2008                    Respectfully submitted,

                                             SCOTT N. SCHOOLS
                                             United States Attorney


                                               /s/ Derek R. Owens
                                             DEREK R. OWENS
                                             Assistant United States Attorney

CR 07-0676 PJH
NOTICE OF SUBSTITUTION OF COUNSEL

2