SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEREK R. OWENS (CABN 230237)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102
    Telephone:  (415) 436-6488
    Fax:  (415) 436-7234
    Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0676 PJH |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER EXCLUDING TIME FROM |
| | ) | DECEMBER 6, 2007 THROUGH |
| VALERIE MARIE PICARELLA, | ) | JANUARY 9, 2007 |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

On December 6, 2007, the parties in this case appeared before this Court for an appointment

of counsel hearing.  At that time, the parties stipulated that time should be excluded from the

Speedy Trial Act calculations from December 6, 2007 through January 9, 2007 for the continuity

and effective preparation of defense counsel.  The parties represented that granting the

continuance was the reasonable time necessary for the continuity and effective preparation of

defense counsel, taking into account the exercise of due diligence.  See 18 U.S.C. §

3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by granting such a

STIP. AND ORDER
CR 07-0676 PJH

continuance outweighed the best interests of the public and the defendant in a speedy trial.  See

18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

                                        SCOTT N. SCHOOLS
                                        United States Attorney

                    12/17/2007          Derek Owens
DATED: _____                 _____
                                        DEREK R. OWENS
                                        Assistant United States Attorney


                    12/18/2007          Jodi Linker
DATED: _____                 _____
                                        JODI LINKER
                                        Attorney for Valerie Marie Picarella



    As the Court found on December 6, 2007, and for the reasons stated above, the Court finds

that an exclusion of time between December 6, 2007 through January 9, 2007, is warranted and

that the ends of justice served by the continuance outweigh the best interests of the public and

the defendant in a speedy trial.  See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the

requested continuance would deny defense counsel the reasonable time necessary for effective

preparation, taking into account the exercise of due diligence, and would result in a miscarriage

of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).



SO ORDERED.

DATED:_____          _____
                              THE HONORABLE MARIA-ELENA JAMES
                              United States Magistrate Judge

STIP. AND ORDER
CR 07-0676 PJH                    2