UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

Date: January 8, 2008                                        JUDGE: Phyllis J. Hamilton

Case No: CR-07-0676 PJH

Case Name:    UNITED STATES   v.   VALERIE PICARELLA (Present)

**Attorney for Plaintiff:**    Derek Owens
**Attorney for Defendant:**    Jodie Linker

**Deputy Clerk:** Nichole Heuerman                **Court Reporter**: Jim Yeomans

**PROCEEDINGS**

   Trial Setting-Held.  The parties inform the court that all discovery has been produced.  The parties request for a continuance to have an opportunity to discuss a possible disposition is granted by the court.  No exclusion of time will be entered.

**CASE CONTINUED TO:** January 30, 2008 at 2:30 p.m. for Trial Setting/Change of Plea.

-----------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category  Begins  Ends
-----------------------------------------------------------------------------------------------------------------

**cc:** chambers