SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEREK R. OWENS (CABN 230237)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California  94102
   Telephone:  (415) 436-6488
   Fax:  (415) 436-7234
   Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0676 PJH |
|    Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER EXCLUDING TIME FROM |
| | ) | DECEMBER 6, 2007 THROUGH |
| VALERIE MARIE PICARELLA, | ) | JANUARY 9, 2007 |
|    Defendant. | ) | |
| | ) | |

    On December 6, 2007, the parties in this case appeared before this Court for an appointment of counsel hearing.  At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculations from December 6, 2007 through January 9, 2007 for the continuity and effective preparation of defense counsel.  The parties represented that granting the continuance was the reasonable time necessary for the continuity and effective preparation of defense counsel, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by granting such a

STIP. AND ORDER
CR 07-0676 PJH

1  continuance outweighed the best interests of the public and the defendant in a speedy trial. See

2  18 U.S.C. § 3161(h)(8)(A).

3  SO STIPULATED:

4                                                          SCOTT N. SCHOOLS
                                                           United States Attorney
5
            12/17/2007                                     Derek Owens
6  DATED: _____                                 _____
                                                           DEREK R. OWENS
7                                                          Assistant United States Attorney

8
            12/18/2007                                     Jodi Linker
9  DATED: _____                                 _____
                                                           JODI LINKER
10                                                         Attorney for Valerie Marie Picarella

11

12      As the Court found on December 6, 2007, and for the reasons stated above, the Court finds

13  that an exclusion of time between December 6, 2007 through January 9, 2007, is warranted and

14  that the ends of justice served by the continuance outweigh the best interests of the public and

15  the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the

16  requested continuance would deny defense counsel the reasonable time necessary for effective

17  preparation, taking into account the exercise of due diligence, and would result in a miscarriage

18  of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

19

20  SO ORDERED.

21
    DATED: 1/23/08                                         _____
22                                                         THE HONORABLE MARIA-ELENA JAMES
                                                           United States Magistrate Judge
23

24

25

26

27

28

STIP. AND ORDER
CR 07-0676 PJH                              2