UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** January 30, 2008  **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-0676 PJH

**Case Name:**   UNITED STATES   v.   VALERIE PICARELLA (Present)

**Attorney for Plaintiff:**   Derek Owens
**Attorney for Defendant:**   Jodie Linker

**Deputy Clerk:** Nichole Heuerman      **Court Reporter**: Jim Yeomans


**PROCEEDINGS**

　　Trial Setting-Held.  The parties inform the court that they are close to reaching a firm resolution of the case.  The court finds no basis for a speedy trial exclusion.  The speedy trial deadline is 3/19/08.  The court sets a trial and pretrial conference date.


**CASE CONTINUED TO: February 27, 2008 at 2:30 p.m. for Pretrial Conference**.
　　　　　　　　　　　**March 17, 2008 at 8:30 for Jury Trial**.


**cc:** chambers; Wendy