UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** February 27, 2008                **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-0676 PJH

**Case Name:**   UNITED STATES   v.   VALERIE PICARELLA (Present)

**Attorney for Plaintiff:**   Derek Owens
**Attorney for Defendant:**   Jodie Linker

**Deputy Clerk:** Nichole Heuerman          **Court Reporter:** Belle Ball

**PROCEEDINGS**

Change of Plea-Held. The plea agreement is signed and filed in court. The defendant is sworn. The court finds the defendant to be fully competent and capable of entering into an informed plea. The plea is knowing and voluntary. The court finds a factual basis for the plea. The defendant enters a plea of guilty as to count one of the Indictment. The plea is accepted by the court. The defendant is adjudged guilty of the offense. The defendant is referred to probation to conduct a presentence investigation. The trial date is vacated.

**CASE CONTINUED TO:** June 18, 2008 at 2:30 p.m. for Sentencing.

**cc:** chambers