1  BARRY J. PORTMAN
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant PICARELLA
6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,       )  No. CR-07-676 PJH
                                     )
11 |                                 )  STIPULATION AND [PROPOSED]
                 Plaintiff,          )  ORDER TO CONTINUE SENTENCING
12 |                                 )  HEARING
                                     )
13 |      v.                         )
                                     )
14 | VALERIE PICARELLA,              )
                                     )
15 |                                 )
                 Defendant.          )
16 | _____ )

17

18      A sentencing hearing in the above-captioned case is scheduled before this Court for

19 Wednesday, June 18, 2008 at 2:30 pm. The final presentence report in this case was served on

20 both parties on June 14, 2008 and defense counsel has not had sufficient time to review the report

21 with the defendant in order to adequately prepare a Sentencing Memorandum for the Court.

22 ///

23 ///

24 ///

25 ///

26 ///

CR-07-676 PJH;
STIP & [PROPOSED] ORD. TO CONTINUE
SENTENCING HEARING                  1

1  Accordingly, the parties jointly request that the sentencing hearing be continued for two weeks
2  until July 2, 2008 at 2:30 pm.
3      IT IS SO STIPULATED.

5  __6/9/08_____                    _____/s/_____
   DATED                                      DEREK OWENS
6                                             Assistant United States Attorney

8
   __6/9/08_____                    _____/s/_____
9  DATED                                      JODI LINKER
                                              Assistant Federal Public Defender
10

11     IT IS SO ORDERED.

13 _____                        _____
   DATED                                      PHYLLIS J. HAMILTON
14                                            United States District Judge

CR-07-676 PJH;
STIP & [PROPOSED] ORD. TO CONTINUE
SENTENCING HEARING                2