BARRY J. PORTMAN
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant PICARELLA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-07-676 PJH |
|---|---|
| Plaintiff, | ) NOTICE OF ERRATA |
| v. | ) |
| VALERIE PICARELLA, | ) |
| Defendant. | ) |

Defense counsel files this Notice of Errata to inform the court that the Stipulation and [Proposed] Order to Continue Sentencing hearing, Docket No. 19, filed on June 9, 2008 mistakenly indicated that the final Presentence Report had been served on both parties on June 14, 2008. In fact, the final Presentence Report was served on both parties on June 6, 2008. Defense counsel apologizes for this error.

\_\_\_6/18/08_____          _____/s/_____
DATED                                                        JODI LINKER
                                                             Assistant Federal Public Defender

CR-07-676 PJH;
Notice of Errata                         1