UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff(s),                                No. CR 07-0676 PJH

    v.                                        **CLERK'S NOTICE**

VALERIE PICARELLA,

    Defendant(s).
_____/

    YOU ARE HEREBY NOTIFIED that on **July 2, 2008** , in Courtroom No. 3 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE PHYLLIS J. HAMILTON will conduct the Sentencing Hearing at **1:30 p.m. instead of 2:30 p.m.**, in this matter.

                                              Richard W. Wieking
                                              Clerk, U.S. District Court

                                         by:_____
                                             Nichole Heuerman, Deputy Clerk
                                             Honorable Phyllis J. Hamilton
                                             (415) 522-2023

Dated: June 27, 2008