UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

Date: July 2, 2008                                JUDGE: Phyllis J. Hamilton

Case No: CR-07-0676 PJH

Case Name: UNITED STATES v. VALERIE PICARELLA (Present)

Attorney for Plaintiff: Derek Owens
Attorney for Defendant: Jodie Linker

Deputy Clerk: Nichole Heuerman                    Court Reporter: Kathy Wyatt

Probation: Ann Searles

**PROCEEDINGS**

Sentencing-Held. The defendant is sentenced to a term of 2 years probation with the following special conditions: 1) defendant shall pay any restitution and special assessment that is imposed 2) defendant shall provide the probation officer with access to any financial information 3) defendant shall submit to a search 4) defendant shall not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons 5) defendant shall cooperate in the collection of DNA and 6) defendant shall perform 120 hours of community service. The defendant shall pay a special assessment in the amount of $100.00 which shall be due immediately. The defendant shall pay restitution in the amount $7,739 which shall be paid in the amount of $100 per month and shall commence within 60 days. The court will allow the defendant to travel freely between the Central District and Northern District of California.

The government's motion to dismiss count two is granted by the court.

FILED

JUL 2 - 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

cc: chambers