CR 07-676

07/21/2008 02:38 PM EST
Version 7.0.1

**Case Debt Type Payment Report**
**U.S. Courts**

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

Case No. DCAN307CR000676

| 001 | VALERIE MARIE PICARELLA | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 3461102I449 | 1 | PR | 100.00 | 07/18/2008 |

Division Payment Total  100.00

Grand Total  100.00

$ 100.00  SPECIAL ASSESSMENT PAID IN FULL

in 7/18/08

FILED
JUL 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Page 1 of 1