| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | JODI LINKER |
| | Assistant Federal Public Defender |
| 3 | 19th Floor Federal Building |
| | 450 Golden Gate Avenue |
| 4 | San Francisco, CA 94102 |
| | Telephone: (415) 436-7700 |
| 5 | |
| | Counsel for Defendant PICARELLA |
| 6 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-676 PJH | |
| | ) | | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] | |
| | ) | ORDER RE: TRAVEL | |
| v. | ) | | |
| | ) | | |
| VALERIE PICARELLA, | ) | | |
| | ) | | |
| Defendant. | ) | | |
| _____ | ) | | |

On July 7, 2008, this Court sentenced defendant Valerie Picarella to two years of probation. One of the conditions of her probation was that she not leave the Northern and Central Districts of California without permission. Ms. Picarella is currently training as a bodybuilder and has been accepted to a competition in Atlanta, Georgia. If she competes successfully at that competition, she may earn her professional body building accreditation, thereby providing her with much-needed income. Accordingly, through counsel, Ms. Picarella petitions this Court for permission to travel to Atlanta, Georgia from November 20 to November 23, 2008 to attend the body building competition. The government has no objection to this request.

Therefore, for good cause shown, the defendant's terms of probation are modified as follows:

1  Ms. Picarella shall be permitted to travel to Atlanta, Georgia from November 20 through
2  November 23, 2008, after she has first informed her Probation Officer of the itinerary for her
3  travel and a contact number where she can be reached during such travel.
4  IT IS SO STIPULATED.

6  September 10, 2008
   _____/S/_____
7  DATED                                DEREK OWENS
                                        Assistant United States Attorney

10 September 10, 2008                   _____/S/_____
   DATED                                JODI LINKER
                                        Assistant Federal Public Defender

12 IT IS SO ORDERED.

15 _____                  _____
   DATED                                PHYLLIS J. HAMILTON
                                        United States District Judge

Stip. & [Proposed] Order Re: Travel
*US v. Picarella,* Case No. 07-676 PJH          2