1  BARRY J. PORTMAN
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant PICARELLA
6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,           )    No. CR-07-676 PJH
                                       )
11              Plaintiff,              )    STIPULATION AND [PROPOSED]
                                       )    ORDER RE: TRAVEL
12       v.                            )
                                       )
13 VALERIE PICARELLA,                  )
                                       )
14              Defendant.              )
   _____)
15

16       On July 7, 2008, this Court sentenced defendant Valerie Picarella to two years of

17 probation. One of the conditions of her probation was that she not leave the Northern and

18 Central Districts of California without permission. Ms. Picarella is currently training as a

19 bodybuilder and has been accepted to a competition in Atlanta, Georgia. If she competes

20 successfully at that competition, she may earn her professional body building accreditation,

21 thereby providing her with much-needed income. Accordingly, through counsel, Ms. Picarella

22 petitions this Court for permission to travel to Atlanta, Georgia from November 20 to November

23 23, 2008 to attend the body building competition. The government has no objection to this

24 request.

25       Therefore, for good cause shown, the defendant's terms of probation are modified as

26 follows:

Stip. & [Proposed] Order Re: Travel
*US v. Picarella,* Case No. 07-676 PJH              1

1    Ms. Picarella shall be permitted to travel to Atlanta, Georgia from November 20 through
2 November 23, 2008, after she has first informed her Probation Officer of the itinerary for her
3 travel and a contact number where she can be reached during such travel.
4    IT IS SO STIPULATED.

6 September 10, 2008
7 DATED                                                  _____/S/_____
                                                        DEREK OWENS
                                                        Assistant United States Attorney

9
10 September 10, 2008                                    _____/S/_____
   DATED                                                 JODI LINKER
                                                        Assistant Federal Public Defender

12    IT IS SO ORDERED.

14  9/12/08
15 DATED

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA