BARRY J. PORTMAN
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant PICARELLA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-676 PJH |
| Plaintiff, | [PROPOSED] ORDER TERMINATING PROBATION |
| v. | |
| VALERIE PICARELLA, | |
| Defendant. | |

For good cause shown, and for the reasons stated in defendant's motion, the Court hereby GRANTS defendant Valerie Picarella's motion for early termination of probation pursuant to 18 U.S.C. Section 3564(c). Ms. Picarella's probation is terminated effective as of the date of this order.

IT IS SO ORDERED

_____          _____
DATED                            PHYLLIS J. HAMILTON
                                      United States District Court Judge

[Proposed] Order to Terminate Probation;
*US v. Picarella*, Case No. CR 07-676 PJH          - 1 -