1   BARRY J. PORTMAN
    Federal Public Defender
2   JODI LINKER
    Assistant Federal Public Defender
3   19th Floor Federal Building
    450 Golden Gate Avenue
4   San Francisco, CA 94102
    Telephone:  (415) 436-7700
5
    Counsel for Defendant PICARELLA
6

7                    IN THE UNITED STATES DISTRICT COURT

8               FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,              )    No. CR-07-676 PJH
                                           )
11                                         )
                       Plaintiff,          )    [PROPOSED] ORDER TERMINATING
12                                         )    PROBATION
         v.                                )
13                                         )
                                           )
14  VALERIE PICARELLA,                     )
                                           )
15                                         )
                       Defendant.          )
16  _____    )

17
         For good cause shown, and for the reasons stated in defendant's motion, the Court
18
    hereby GRANTS defendant Valerie Picarella's motion for early termination of probation
19
    pursuant to 18 U.S.C. Section 3564(c).  Ms. Picarella's probation is terminated effective as of
20
    the date of this order.
21
         IT IS SO ORDERED
22

23   10/27/09
    DATED                                    PHYLLIS J. HAMILTON
24                                           United States District Court Judge

25

26

[Proposed] Order to Terminate Probation;
*US v. Picarella*, Case No. CR 07-676 PJH            - 1 -